UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ELLISON ROBERT BURNS, SR., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV408-160<br>) |
| INTERNATIONAL LONGSHOREMEN ASSOCIATION, Local 1414; INTERNATIONAL LONGSHOREMEN ASSOCIATION; and PASCHAL W. BIGNAULT, Attorney for I.L.A. Local 1414, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 16 day of Sept, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA